# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JACQUES E. SMITH, | : | Case No. 1:23-cv-749 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| DAVID YOST, OHIO ATTORNEY GENERAL, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 24)

This Court has reviewed the Report and Recommendation of the United States Magistrate Judge Karen L. Litkovitz (Doc. 24) to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety and **ORDERS** the following:

1. Plaintiff's "Writ of Mandamus & Forma Pauperis" (Doc. 19), whether construed as a request for a writ of mandamus or a motion for relief from judgment under Fed. R. Civ. P. 60, is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND